# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, : | 63 MAP 2014 |
| : | |
| Appellant : | Appeal from the Order of the Court of |
| : | Common Pleas of Montgomery County |
| : | dated May 19, 2014 at No. CP-46-CR- |
| v. : | 0006395-2013 |
| : | |
| : | |
| : | |
| STEPHEN D. WILEY, : | |
| : | |
| Appellee : | |

## ORDER

**PER CURIAM**                                                                **DECIDED:  October 27, 2015**

   **AND NOW**, this 27th day of October, the Order of the Court of Common Pleas is
hereby **AFFIRMED**.  *See Commonwealth v. Hopkins*, 117 A.3d 247 (Pa. 2015).